IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI CHING CHU, ROBERT CHING LIANG HUNG, individually and as successors in interest to Cindy K. Hung (deceased),<br><br>    Plaintiffs,<br><br>  v.<br><br>TRIBAL TECHNOLOGIES, INC., TRIBAL BRANDS, INC., JEFF MARTIN, JOE VIERRA, and VICTORIA DINOVICH,<br><br>    Defendants.<br>_____/ | No. C 12-05306 WHA<br><br>**ORDER RE NOTICE OF WITHDRAWAL OF COUNSEL** |

In this matter, Danielle Hinton of Ogletree, Deakins, Nash, Smoak & Stewart has filed a notice of withdrawal as counsel for defendants Tribal Technologies, Inc. and Tribal Brands, Inc., effective September 12, 2013 (Dkt. No. 67). Local Rule 11-5(a) states, "Counsel may not withdraw from an action until relieved by order of Court *after* written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case" (emphasis added). Ms. Hinton has provided no indication of such written notice to her clients or the other parties. Accordingly, her request to withdraw as counsel effective September 12, 2013 is **DENIED.**

Ms. Hinton, however, may file a motion to withdraw as counsel. This motion shall include information as to when she provided written notice — prior to the filing of the above notice — to Tribal Technologies, Inc., Tribal Brands, Inc., and the other parties concerning her

request to withdraw as counsel.  The motion will also include details as to any opposition or other responses from the parties concerning this request to withdraw.  Should Ms. Hinton choose to file this motion, the deadline is **NOON ON SEPTEMBER 27.**

**IT IS SO ORDERED.**

Dated:  September 13, 2013. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2